IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMELL SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 18 CV 5122 |
| v. | ) | |
| | ) | HON. JUDGE THARP |
| CITY OF CHICAGO, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION TO WITHDRAW**

TO: All Attorneys of Record in this matter on the Court's CM/ECF Electronic Docketing System.

**PLEASE TAKE NOTICE** that on October 17, 2019, at 9:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Judge John J. Tharp, Jr., or whomever shall be sitting in his stead, in Room 1419 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached Motion to Withdraw by David L. Farr.

Dated: **October 12, 2019**  Respectfully submitted,

/s/ *David L. Farr*
David L. Farr
Ravitz & Palles, P.C.
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
(312) 558-1689