IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| JAMELL SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 18-cv-05122 |
| CITY OF CHICAGO, Former | ) | |
| CHICAGO POLICE SERGEANT | ) | |
| RONALD WATTS, | ) | |
| SERGEANT ALVIN JONES, | ) | Honorable Sunil R. Harjani |
| OFFICER ROBERT GONZALEZ, | ) | |
| OFFICER BRIAN BOLTON, | ) | |
| OFFICER DOUGLAS NICHOLS, | ) | |
| OFFICER MANUEL LEANO, | ) | |
| OFFICER ELSWORTH J. SMITH, | ) | |
| JR., SERGEANT EDWARD GRIFFIN | ) | |
| PHILIP J. CLINE, KAREN | ) | |
| ROWAN, DEBRA KIRBY, and other | ) | |
| as-yet-unidentified officers of the | ) | |
| Chicago Police Department, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's December 13, 2024 Order (Dkt. 93), Plaintiff Jamell Sanders and Defendants jointly submit this status report with a proposed discovery schedule:

1. The parties exchanged initial disclosures relating to this case during the Coordinated Proceedings.

2. The parties propose the following joint schedule for the remaining discovery.

3. **Joint proposed schedule**:

| Event | Date |
|---|---|
| Fact discovery deadline | 6/30/2025 |

| Plaintiff's Expert Disclosures Due | 06/30/2025 |
|---|---|
| Defendants' Expert Disclosures Due | 07/28/2025 |
| Experts Deposed by | 08/25/2025 |

                                            Respectfully submitted,

                                            */s/Scott Rauscher*
                                            *One of Plaintiff's Attorneys*

Jon Loevy
Arthur Loevy
Scott Rauscher
Joshua Tepfer
Theresa Kleinhaus
Sean Starr
Wallace Hilke
Gianna Gizzi
LOEVY & LOEVY
311 North Aberdeen Street, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
rauscher@loevy.com


*/s/Paul Michalik*
*One of the Attorneys for Defendants City of Chicago, Philip Cline, Karen Rowan, and Debra Kirby*

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Dhaviella N. Harris
Daniel J. Burns
BURNS NOLAND LLP
311 S. Wacker Dr., Suite 5200
Chicago, IL 60606

p. (312) 982-0090
e. pmichalik@burnsnoland.com

*/s/ Kelly M. Olivier*
*One of the attorneys for Defendant Officers*

Andrew M. Hale
Anthony E. Zecchin
Kelly M. Olivier
William E. Bazarek
Jason M. Marx
Hannah Beswick-Hale
HALE & MONICO LLC
53 W Jackson Blvd., Suite 334
Chicago, IL 60604
p. (312) 341-9646
e. kolivier@halemonico.com


*/s/Jack Gainer*
*One of the Attorneys for Defendant Ronald Watts*

Brian Gainer
Monica Burkoth
Lisa M. McElroy
Jack Gainer
Nelson A. Aydelotte
JOHNSON & BELL LTD.
33 West Monroe Street, Suite 2700
Chicago, IL 60603-5404
p. (312) 372-0770
e. gainerb@jbltd.com